```
                                        FILED
                                        July 25, 2007
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                        CALIFORNIA
                                        _____
                                        DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>           Plaintiff,           )<br>v.                              )<br>                                )<br>MY TRA TRINH,                   )<br>                                )<br>           Defendant.           ) | Case No. MAG. 07-0237-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MY TRA TRINH, Case No. MAG. 07-0237-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $30,000.00

            ___   Unsecured Appearance Bond

            ___   Appearance Bond with 10% Deposit

            _X_   Appearance Bond - Cash

            _X_   (Other) <u>Conditions as stated on the record.</u>

            _X_   (Other) <u>The Defendant is ordered to appear before Magistrate Judge Calvin Botley (Courtroom 703, 515 Rusk Avenue, Houston, TX 77002) on August 8, 2007 at 2:00 p.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/25/07 at _____

By _____
    Edmund F. Brennan
    United States Magistrate Judge