IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.

MY TRA TRINH,

      Defendant.

No. Mag. S-07-0237 EFB

<u>ORDER</u>

On July 25, 2007, defendant appeared before the undersigned for Fed. R. Crim. P. 5(c)(3) proceedings related to charges pending in the United States District Court for the Southern District of Texas, Houston Division.

Defendant was ordered released on special conditions, one of which required the posting of a cash bond in the amount of $30,000. Defendant was also ordered to appear before Magistrate Judge Botley in Houston, Texas on August 8, 2007. The required bond was posted on July 26, 2007, and defendant was ordered released.

Accordingly, the Clerk is directed to transfer the bond, in the amount of $30,000.00, to the Clerk, U.S. District Court for the Southern District of Texas, Houston Division.

DATED: February 17, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE